LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com

Attorneys for Defendant
SALLIE MAE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HELLER,<br><br>  Plaintiff,<br><br>  v.<br><br>SALLIE MAE, INC., and DOES 1 through 25,<br><br>  Defendants. | **Case No. 2:09-CV-00573-LKK-JFM**<br><br>**ORDER** |

It is hereby ordered that, on consideration of the Request for Continuance of Hearing on the Motion to Dismiss Amended Complaint filed by defendant and moving party Sallie Mae, Inc., and good cause appearing, hearing on the motion is continued to May 4, 2009 at 10:00 a.m.

Dated: April 14, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com